UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JASON AND CHARLOTTE DOUCETT | * | CIVIL ACTION NO. 2:22-cv-04541 |
| VERSUS | * | JUDGE JAMES D. CAIN, JR. |
| ALLSTATE INDEMNITY COMPANY | * | MAGISTRATE JUDGE KATHLEEN KAY |

************************************

## JUDGMENT OF DISMISSAL

Considering the foregoing joint stipulation and consent motion to dismiss:

IT IS ORDERED that the claims filed on behalf of Jason and Charlotte Doucett are hereby dismissed with prejudice, with each party to bear its own costs and expenses.

THUS DONE AND SIGNED in Chambers this __2nd__ day of __August__, 2023.

_____
JAMES D. CAIN
UNITED STATES DISTRICT JUDGE